# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | *   CRIMINAL NO: 19-00187-WS-B |
| TERRY FRANKLIN | * |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, Terry Franklin, by consent, appeared before the undersigned Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered a plea of guilty to **Count One of the Indictment on 10/23/19.** After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned determined that the guilty plea was knowing and voluntary and the offense charged is supported by an independent basis in fact as to each of the essential elements of such offense. The undersigned therefore recommends that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

**DONE and ORDERED** this **23rd** day of **October, 2019.**

s/SONJA F. BIVINS
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.