**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO.:  19-00187-WS |
| TERRY FRANKLIN | : | |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT


Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 25) and without any objection having been filed by the parties, the Defendant's plea of guilty to Count One of the Indictment is now accepted and the Defendant is adjudged guilty of such offense.  A sentencing hearing has been scheduled for **January 14, 2020 at 2:30 p.m.** before the undersigned.

**DONE and ORDERED** this 7th day of November 2019.


s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE